**Entered on Docket**
**May 28, 2010**

_____
HONORABLE JOHN L. PETERSON
UNITED STATES BANKRUPTCY JUDGE

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
09-76266

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-52898-gwz |
| John Dimaggio and Carla Dimaggio | Date: 5/18/10<br>Time: 10:00 am |
| | Chapter 13 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 555 Magistrate Ct., Reno NV 89521.

IT IS SO ORDERED THIS _____ day of _____, 2010.

_____
Bankruptcy Judge

Submitted by:
WILDE & ASSOCIATES

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
William D. Cope
595 Humboldt Street
Reno, NV 89509
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
William Van Meter
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee